UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:14-00086

**LYNDSEY NICOLE ENGLAND**

PROBATION REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On June 25, 2018, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Lyndsey Nicole England, appeared in person and by her counsel, Lorena E. Litten, Assistant Federal Public Defender, for a hearing on the petition seeking revocation of probation submitted by United States Probation Officer Justin L. Gibson.  The defendant commenced a five-year term of probation in this action on October 2, 2014, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on October 14, 2014.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of probation in the following respects:  (1) the defendant used and possessed controlled substances as evidenced by her admission to the probation officer on June 29, 2016, that she had binge-used methamphetamine for several days; a positive urine specimen submitted by her on July 11, 2016, for Suboxone, for which she did not have a prescription; a positive urine specimen submitted by her on February 26, 2018, for methamphetamine; and a positive urine specimen submitted by her on March 27, 2018, for amphetamine and methamphetamine, the defendant having admitted her continued use to the probation officer on April 4, 2018; (2) the defendant left the judicial district without the permission of the court or the probation officer as evidenced by her admission to the probation officer on June 29, 2016, that she had resided in Sevierville, Tennessee, for approximately two and one-half months; and her admission to the probation officer on January 31, 2017, that she had traveled outside the Southern District of West Virginia without permission on two or three occasions since November 2016 to obtain substance abuse treatment at a Suboxone clinic; (3) the defendant failed to report to the probation officer as directed on April 12, 13 and

18, 2018; (4) the defendant failed to notify the probation officer of her change in employment inasmuch as she quit her job at Subway in early April 2016, and failed to report the change to the probation officer until June 29, 2016; and (5) the defendant failed to appear for urine screens as directed on July 25, 2016, all of August 2016, September 9 and 26, October 12, 20 and 31, and November 8, 28 and 30, 2016; all as admitted by the defendant on the record of the hearing and all as set forth in the petition seeking revocation of probation.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of probation and, further, that it would unduly depreciate the seriousness of the violations if probation were not revoked, it is ORDERED that the probation previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of

**THREE (3) MONTHS, to be followed by a term of three (3) years of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that she participate in and successfully complete the 9 to 12 month residential drug treatment program at Recovery Point or, if unavailable, a comparable program to be designated by the probation officer, where she shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as directed by the probation officer.  The defendant shall report directly, without interruption, from her place of incarceration to the designated facility.**

**After hearing the parties respecting bond, the court ORDERED that defendant may remain on bond pending designation by the Bureau of Prisons and she shall comply with the conditions set forth in the Order Setting Conditions of Release entered in this action on June 4, 2018.  The defendant shall surrender for service of the sentence to the institution designated by the Bureau of Prisons by 2:00 p.m. on July 27, 2018.**

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: June 26, 2018

_____
John T. Copenhaver, Jr.
United States District Judge

5